

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00062-CR

| | | |
|---|---|---|
| Gerardo Tomas Rivas | § | From Criminal District Court No. 4 |
| | § | of Tarrant County (1215971D) |
| v. | § | September 25, 2014 |
| | § | Per Curiam |
| The State of Texas | § | (p) |

## JUDGMENT ON REMAND

This appeal is on remand from the Court of Criminal Appeals. This court has again on remand considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM